## Commonwealth *v.* Dorsey, Appellant.

Submitted September 13, 1973. *James S. Sorrentino,* Assistant Public Defender, for appellant; *Michael H. Ranck,*

788

Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.